ANNA KLIPACK et al., Copartners Doing Business under the Name of ATLAS FRINGING & SPORTSWEAR CO., Appellants, v. RAYMAR NOVELTIES, INC., Respondent.— Order denying plaintiff's motion for summary judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ALICE SHINKMAN, Appellant, v. ELI SHINKMAN, Respondent.— Order unanimously affirmed, without costs, and stay vacated. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

AFRICA INLAND MISSION, INC., Appellant, v. ALEXANDRIA NAVIGATION COMPANY, S. A. E., Respondent, et al., Defendants.— The proof adduced was sufficient to make out a prima facie case of breach of the contract relied on by plaintiff. The motion to dismiss at the close of plaintiff's case should not have been granted. Judgment dismissing the complaint unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.